**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| DEBRY ALLYN LA NEAR, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:06-CV-1198 CAS |
| FRANCES R. SLAY, et al., | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on a consent to jurisdiction by a United States Magistrate Judge submitted by plaintiff. Under Section III.A. of the Administrative Procedures for Case Management/Electronic Case Filing, pursuant to Rule 73(b), Federal Rules of Civil Procedure, such consents are treated as non-public documents until all parties have consented. See id. Under the circumstances of this case, however, which was initially assigned to a district judge and therefore is not within the scope of Rule 73(b), Fed. R. Civ. P., the consent should be publicly filed.[1]

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall publicly docket the consent to jurisdiction by a United States Magistrate Judge filed by plaintiff.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  28th  day of March, 2007.

---

[1] Rule 73(b) states in pertinent part, "When a magistrate judge has been designated to exercise civil trial jurisdiction, the clerk shall give written notice to the parties of their opportunity to consent to the exercise by a magistrate judge of civil jurisdiction over the case, as authorized by Title 28, U.S.C. § 636(c). If, within the period specified by local rule, the parties agree to a magistrate judge's exercise of such authority, they shall execute and file a joint form of consent or separate forms of consent setting forth such election.