UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DEBRY ALLYN LA NEAR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:06-CV-1198 CAS |
| | ) |
| FRANCIS R. SLAY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on plaintiff's Motion for Leave to File First Amended Complaint. Defendants have not objected to the motion.

Plaintiff seeks leave to amend her complaint to add Count III, a claim for automobile conversion. Leave to amend is to be freely granted under Federal Rule of Civil Procedure 15(a). The Court has reviewed plaintiff's proposed amended complaint, and finds that it meets the pleading requirements of Federal Rule of Civil Procedure 8(a). As a result, the Court will grant plaintiff's motion for leave to amend.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Motion for Leave to File First Amended Complaint is **GRANTED**. [Doc. 35]

**IT IS FURTHER ORDERED** that the Clerk of Court shall detach and docket plaintiff's First Amended Complaint, which was filed as an attachment to her motion for leave.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 13th day of September, 2007.