**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| DEBRY ALLYN LA NEAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-1198 CAS |
| | ) | |
| FRANCIS R. SLAY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on plaintiff's fourth motion for appointment of counsel. Defendants oppose the motion.

The Court has found three times that this action appears to involve straightforward questions of fact rather than complex questions of law, and plaintiff appears able to clearly present and investigate her claim. See Docs. 7, 33, and 45. The Court has reviewed the instant motion and finds that this action and plaintiff's situation have not materially changed since it denied plaintiff's previous motions for appointment of counsel.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Fourth Motion for Appointment of Counsel is **DENIED** without prejudice. [Doc. 46]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this ___30th___ day of October, 2007